FILED - GR
August 13, 2026 12:58 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR SCANNED BY: AR / 8-13

UNITED STATES DISTRICT COURT

Western District of Michigan

1:26-cv-2328
Hala Y. Jarbou
Chief U.S. District Judge

Ryan Smith

*against*

Suzanne Adams, Arlene Bluth, Rowan Wilson, Vanessa Fang, Everett Hopkins, Hector Lasalle, Stuart Slotnick, Wavny Toussaint, Dianne T. Renwick, Kevin Mcclanahan, Julia Hernandez, Joy Campanelli, Tanya Faye, Joseph W. Belluck, Michael Rosenthal, Jamaal T. Bailey, Genine Edwards, Carmen A. Pacheco, Michael Gianaris, Jack M. Martins, Brian Gotlieb

COMPLAINT

1. Defendants intend to redraw existing district boundaries,

2. Defendants' acts are purely unconstitutional,

3. A mandamus should be issued accordingly.

Ryan Smith

Ryan Smith
170 Country Club Dr, Palm Desert, CA
92320

DV DANIELS NJ 070
7 AUG 2026 PM 6 L
Freedom 250




U.S. District Court Clerk's Office
110 Michigan St NW
Grand Rapids MI 49503

49503-236399